# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gold, Steven M. | U.S. District Court EDNY | 05/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East Chambers 1217S
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | P/time Adjunct Prof. of Law | Brooklyn Law School |
| 2. | Board Member | ██████████████ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Salary/Adj Prof of Law/Brooklyn Law School | $23,612.00 |
| 2. 2015 | Lecturer, Brooklyn Law School | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Salary/Executive Director, ▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE CHECKING (J) | A | Interest | J | T | | | | | |
| 2. CHASE PLUS SAVING (J) | A | Interest | K | T | | | | | |
| 3. CHASE DYNAMIC YIELD STRAT. ((J) | | | | | | | | | |
| 4. - JPM Tr I MLT SC Inc Fund/JPM Unconstrained Debt Fund (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 5. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 6. | | | | | Sold (part) | 12/15/15 | J | | |
| 7. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 8. -Harbor High Yield Bond (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 9. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 10. | | | | | Sold (part) | 12/15/15 | J | | |
| 11. - Harbor Convertible Sec (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 12. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 13. | | | | | Sold (part) | 12/15/15 | J | | |
| 14. -Clearbridge Equity (J) | A | Int./Div. | | | Buy (add'l) | 01/30/15 | J | | |
| 15. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 16. | | | | | Sold (part) | 07/14/15 | J | | |
| 17. | | | | | Sold | 08/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -SIT Dividend Growth (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 19. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 20. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 21. | | | | | Sold (part) | 12/15/15 | J | | |
| 22. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 23.  -Tortoise MLP and Pipeling (J) | A | Int./Div. | | | Buy | 01/30/15 | J | | |
| 24. | | | | | Sold (part) | 04/08/15 | J | | |
| 25. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 26. | | | | | Sold (part) | 07/14/15 | J | | |
| 27. | | | | | Sold (part) | 11/23/15 | J | | |
| 28. | | | | | Sold | 11/24/15 | J | | |
| 29.  -Ridgeworth SEIX Floating (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 30. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 31. | | | | | Sold (part) | 12/15/15 | J | | |
| 32. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 33.  -Matthews Asia Dividend (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 34. | | | | | Buy (add'l) | 05/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 36. | | | | | Sold (part) | 12/15/15 | J | | |
| 37. | | | | | Buy (add'l) | 12/30/15 | K | | |
| 38. -Eaton Vance Floating Rate (J) | A | Int./Div. | | | Buy (add'l) | 01/30/15 | J | | |
| 39. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 40. | | | | | Sold (part) | 08/05/15 | J | | |
| 41. | | | | | Sold (part) | 08/14/15 | J | | |
| 42. | | | | | Sold | 08/20/15 | J | | |
| 43. - Blackrock High Yield Bond (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 44. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 45. | | | | | Sold (part) | 12/15/15 | J | | |
| 46. -Cohen & Steers Pref's Sec & Inc (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 47. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 48. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 49. | | | | | Sold (part) | 12/15/15 | J | | |
| 50. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 51. -HSBC Funds Total Return (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 53. | | | | | Sold (part) | 11/04/15 | J | | |
| 54. | | | | | Sold (part) | 12/15/15 | J | | |
| 55.   - Doubleline Total Return (J) | A | Int./Div. | K | T | Buy (add'l) | 01/30/15 | J | | |
| 56. | | | | | Sold (part) | 03/30/15 | J | | |
| 57. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 58. | | | | | Sold (part) | 06/09/15 | J | | |
| 59. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 60. | | | | | Sold (part) | 12/15/15 | J | | |
| 61. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 62.   - TRP Inst Floating Rate (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 63. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 64. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 65. | | | | | Sold (part) | 12/15/15 | J | | |
| 66. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 67.   -JPM Intrepid Eur Fund (J) | A | Int./Div. | | | Buy (add'l) | 01/30/15 | J | | |
| 68. | | | | | Sold (part) | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/07/15 | J | | |
| 70.   -Metropolitan West Funds (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 71. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 72. | | | | | Sold (part) | 12/15/15 | J | | |
| 73. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 74.   -Avenue Mutual Funds (J) | A | Int./Div. | | | Buy (add'l) | 01/30/15 | J | | |
| 75. | | | | | Sold (part) | 05/06/15 | J | | |
| 76. | | | | | Sold (part) | 05/08/15 | J | | |
| 77. | | | | | Sold (part) | 08/07/15 | J | | |
| 78. | | | | | Sold | 08/14/15 | J | | |
| 79.   Columbia FD Ser TRT (J) | A | Int./Div. | | | Buy (add'l) | 01/30/15 | J | | |
| 80. | | | | | Sold (part) | 04/08/15 | J | | |
| 81. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 82. | | | | | Sold (part) | 10/29/15 | J | | |
| 83. | | | | | Sold | 12/15/15 | J | | |
| 84.   Lord Abbett Invt Tr (J) | A | Int./Div. | J | T | Buy (add'l) | 01/30/15 | J | | |
| 85. | | | | | Buy (add'l) | 05/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 87. | | | | | Sold (part) | 12/15/15 | J | | |
| 88. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 89. BMO Pryford Intl Stock (J) | A | Int./Div. | J | T | Buy | 05/05/15 | J | | |
| 90. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 91. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 92. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 93. | | | | | Sold (part) | 12/15/15 | J | | |
| 94. Credit Suisse Warburg Pincs High Inc (J) | A | Int./Div. | J | T | Buy | 08/05/15 | J | | |
| 95. Pimco Unconstrained Bond (J) | A | Int./Div. | J | T | Buy | 08/07/15 | J | | |
| 96. | | | | | Sold (part) | 12/15/15 | J | | |
| 97. John Hancock L/C Equity (J) | A | Int./Div. | J | T | Buy | 08/12/15 | J | | |
| 98. | | | | | Sold (part) | 12/15/15 | J | | |
| 99. Credit Suisse Floatig Rate High Inc (J) | A | Int./Div. | J | T | Buy | 08/14/15 | J | | |
| 100. | | | | | Buy (add'l) | 10/26/15 | J | | |
| 101. | | | | | Sold (part) | 12/15/15 | J | | |
| 102. | | | | | Buy (add'l) | 12/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Federated Inst Hi Yld Bond (J) | A | Int./Div. | J | T | Buy | 11/23/15 | J | | |
| 104. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 105. | | | | | Sold (part) | 12/15/15 | J | | |
| 106.  CHASE TAP ABSOLUTE RET (J) | | | | | | | | | |
| 107.  -JPM Str Inc Opp Fund (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 108.  - JPM Tr I MLT SC Inc Fund/ JPM Unconstrained Debt Fund (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 109.  - Prudential Invt Portfolio 9 (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 110.  - RBC Funds Tr Blubay (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 111.  - Eaton Vance Floating Rate (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 112.  - Goldman Sachs Tr Strg (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 113.  - Doubleline Total Return (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 114.  -HSBC Funds Total Return (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 115.  JPM Gbb Bd Opp FD (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 116.  Columbia FD SER TR (J) | A | Int./Div. | | | Sold | 01/12/15 | J | | |
| 117.  VANGUARD HEALTHCARE FUND IRA | A | Dividend | L | T | | | | | |
| 118.  CHASE MANAGED ACCOUNT (IRA) | | | | | | | | | |
| 119.  -JP Morgan Core Bond Fund (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -SPDR S&P 500 ETF Trust (IRA) | A | Int./Div. | | | Sold (part) | 01/30/15 | J | | |
| 121. | | | | | Sold | 04/21/15 | J | | |
| 122. -JPM Strat Inc Opp (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 123. -JPM Short Duration Bond (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 124. -JPM TR I MLT SC Inc / JPM Unconstrained Debt (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 125. -JPM TR I Infl Mngd Bd (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 126. -JPM Tax Aware Equity (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 127. -Aberdeen Asia Pacific | A | Int./Div. | | | Sold (part) | 01/30/15 | J | | |
| 128. | | | | | Sold | 04/21/15 | J | | |
| 129. -Pimco FDS Unconstr Bd (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 130. -Pimco Commodities Plus Strat (IRA) | A | Int./Div. | | | Sold | 03/26/15 | J | | |
| 131. -Neub Berman Multi Cap Opp (IRA) | B | Int./Div. | | | Sold (part) | 03/05/15 | J | | |
| 132. | | | | | Sold | 04/21/15 | J | | |
| 133. -Primecap Odyssey Find (IRA) | A | Int./Div. | | | Sold (part) | 03/05/15 | J | | |
| 134. | | | | | Sold | 04/21/15 | J | | |
| 135. -Principal Invs Fd Midcap (IRA) | A | Int./Div. | | | Sold | 03/05/15 | J | | |
| 136. -Doubleline FDS TR | A | Int./Div. | | | Sold | 04/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Gateway Fund | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 138.  -T Rowe Price Overseas Stock (IRA) | A | Int./Div. | | | Sold (part) | 03/05/15 | J | | |
| 139. | | | | | Sold | 04/21/15 | J | | |
| 140.  -Blackrock High Yield Bond (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 141.  -Columbia FDS Series TR II Mass Asia (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 142.  -Arbitrage Funds I (IRA) | A | Int./Div. | | | Sold | 01/30/15 | J | | |
| 143.  -Ishares MSCI Emerging Mkts (IRA) | A | Int./Div. | J | T | | | | | |
| 144.  -Ishares MSCI EAFE Index Fd (IRA) | A | Int./Div. | | | Sold (part) | 03/30/15 | J | | |
| 145. | | | | | Sold | 04/21/15 | J | | |
| 146.  -Ishares Core S&P Midcap (IRA) | A | Int./Div. | | | Sold (part) | 03/05/15 | J | | |
| 147. | | | | | Sold | 04/21/15 | J | | |
| 148.  -SDR S&P 500 ETF Trust (IRA) | B | Int./Div. | | | Buy (add'l) | 01/30/15 | J | | |
| 149. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 150. | | | | | Sold | 04/21/15 | J | | |
| 151.  -MFS Int Value (IRA) | A | Int./Div. | | | Sold (part) | 03/05/15 | J | | |
| 152. | | | | | Sold | 04/21/15 | J | | |
| 153.  -Equinox FDS Tr (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Dodge & Cox Int' Stock (IRA) | A | Int./Div. | | | Sold (part) | 01/30/15 | J | | |
| 155. | | | | | Sold | 04/21/15 | J | | |
| 156. Brown Adv Japan Alpha (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 157. Inv Balanced Risk Alloc-Y (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 158. Fundvantage Tr Abs Rtr Instl/Gotham Absolute Retn (IRA) | A | Int./Div. | | | Sold | 04/21/15 | J | | |
| 159. Credit Suisee Comm. Retn Strat Fund (IRA) | A | Int./Div. | | | Buy | 03/26/15 | J | | |
| 160. | | | | | Sold | 04/21/15 | J | | |
| 161. Deutsche Xtrac MSCI EAFE Hedge Fd (IRA) | A | Int./Div. | | | Buy | 03/30/15 | J | | |
| 162. | | | | | Sold | 04/21/15 | J | | |
| 163. CHASE MANAGED ACCOUNT (IRA) | | | | | | | | | |
| 164. Select Sector SPDR Health Care (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 165. | | | | | Sold | 10/06/15 | J | | |
| 166. Select Sector SPDR Utilities (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 167. | | | | | Sold | 06/24/15 | J | | |
| 168. MFS Ser Tr 1 Value Fund (IRA) | A | Int./Div. | | | Buy | 04/27/15 | K | | |
| 169. | | | | | Sold | 10/06/15 | K | | |
| 170. MFS Ser Tr X Intl Value (IRA) | A | Int./Div. | | | Buy | 04/27/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/27/15 | J | | |
| 172. JPMorgan Core Plus Bond (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 173. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 174. | | | | | Sold | 10/06/15 | J | | |
| 175. JPMorgan Emerging Mkts Equity (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 176. | | | | | Sold (part) | 08/27/15 | J | | |
| 177. | | | | | Sold | 10/06/15 | J | | |
| 178. JPMorgan Equity Income (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 179. | | | | | Sold | 10/06/15 | K | | |
| 180. iShares Russell Mid Cap (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 181. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 182. | | | | | Sold | 10/06/15 | J | | |
| 183. Goldman Sachs Emerging Mkts Debt Fd (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 184. | | | | | Sold | 06/24/15 | J | | |
| 185. Federated Tot Retn Untrashort Bond Fund (IRA) | A | Int./Div. | | | Buy | 04/27/15 | K | | |
| 186. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 187. | | | | | Sold (part) | 08/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/06/15 | K | | |
| 189. Dodge and Cox Inc Fund (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 190. | | | | | Sold | 10/06/15 | J | | |
| 191. Cohen and SteersReal Estate Sec Fund (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 192. | | | | | Sold (part) | 06/24/15 | J | | |
| 193. | | | | | Sold | 08/27/15 | J | | |
| 194. AB Discovery Value Fund (IRA) | A | Int./Div. | | | Buy | 04/27/15 | J | | |
| 195. | | | | | Sold | 10/06/15 | J | | |
| 196. Select Sector SPDR Financial (IRA) | A | Int./Div. | | | Buy | 06/24/15 | J | | |
| 197. | | | | | Sold | 10/06/15 | J | | |
| 198. Select Sector SPDR Ben Consumer Discretionary (IRA) | A | Int./Div. | | | Buy | 08/27/15 | J | | |
| 199. | | | | | Sold | 10/06/15 | J | | |
| 200. CHASE MANAGED ACCT (IRA) (S) | | | | | | | | | |
| 201. JP Morgan Liquid Assets MMkt (IRA) (S) | A | Int./Div. | | | Closed | 10/27/15 | L | | |
| 202. T Rowe Price New Income (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 203. Goldman Sachs Small Cap Value (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 204. Oppenheimer Developing Markets (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Aston/Fairpointe Mid Cap (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 206. Wells Fargo Advantage Growth (IRA) (S) | A | Int./Div. | | | Sold (part) | 04/08/15 | J | | |
| 207. | | | | | Sold | 05/01/15 | J | | |
| 208. SDPR S&P 500 ETF Trust (IRA) (S) | A | Int./Div. | | | Buy (add'l) | 03/06/15 | J | | |
| 209. | | | | | Sold | 05/01/15 | J | | |
| 210. Oakmark Fund I (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 211. JP Morgan High Yield Bond (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 212. JP Morgan Core Bond (IRA) (S) | A | Int./Div. | | | Buy (add'l) | 05/01/15 | J | | |
| 213. | | | | | Sold (part) | 05/01/15 | J | | |
| 214. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 215. | | | | | Sold | 10/06/15 | J | | |
| 216. JP Morgan Small Cap Equity (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 217. JP Morgan US Equity Fund (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 218. JP Morgan Emerging Markets Equity (IRA) (S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 219. | | | | | Sold (part) | 08/27/15 | J | | |
| 220. | | | | | Sold | 10/06/15 | J | | |
| 221. JP Morgan Mid Cap Equity (IRA) (S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. JP Morgan Intl Value (IRA) (S) | A | Int./Div. | | | Sold | 04/17/15 | J | | |
| 223. Blackrock High Yld Bond (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 224. Federated Instit'l High Yield Bond (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 225. Goldman Sachs Emerging Mkkts (IRA)(S) | A | Int./Div. | | | Sold (part) | 05/01/15 | J | | |
| 226. | | | | | Sold | 06/24/15 | J | | |
| 227. -Causeway Cap Mngmnt (S)(IRA) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 228. -Deleware Gp Emerg. Mkts (S)(IRA) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 229. -Harbor Intl Fund (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 230. -JP Morgan Short Dur'n Bond (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 231. -JPMorgan Value Adv (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 232. -Mass. Invstrs Trust (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 233. -Sterling Cap FDS Capital (IRA)(S) | A | Int./Div. | | | Sold (part) | 03/06/15 | J | | |
| 234. -Pimco Short Term Fund (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 235. -IShares MSCI EAFE | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 236. Dodge & Cox Int'l Stock Fund (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 237. Blackrock Int'l Index Fd (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 238. Deutsche X Trackers MSCI EAFE Hedged Equity (IRA)(S) | A | Int./Div. | | | Buy | 04/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 05/01/15 | J | | |
| 240. MFS Res Intl Fd (IRA)(S) | A | Int./Div. | | | Buy | 04/17/15 | J | | |
| 241. | | | | | Sold | 05/01/15 | J | | |
| 242. Wells Fargo Adv Emerging Mkts (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 243. Vanguard Short Term Bond Fund (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 244. Select Sector SPDR Health Care (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 245. | | | | | Sold | 10/06/15 | J | | |
| 246. Select Sector SPDR Utilities (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 247. | | | | | Sold | 06/24/15 | J | | |
| 248. MFS Ser Tr 1 Value Fund (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 249. | | | | | Sold | 10/06/15 | J | | |
| 250. MFS Ser Tr X Intl Value Fd (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | K | | |
| 251. | | | | | Sold (part) | 08/27/15 | J | | |
| 252. | | | | | Sold | 10/06/15 | J | | |
| 253. JPMorgan Equity Inc Fund (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 254. | | | | | Sold | 10/06/15 | J | | |
| 255. Federated Total Return (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 06/24/15 | J | | |
| 257. | | | | | Sold (part) | 08/27/15 | J | | |
| 258. | | | | | Sold | 10/06/15 | K | | |
| 259. iShares Russell MidCap (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 260. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 261. | | | | | Sold | 10/06/15 | J | | |
| 262. Dodge & Cox Income Fund (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 263. | | | | | Sold | 10/06/15 | J | | |
| 264. Columbia FDS Ser Tr II Mass Asia (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 265. Cohen & Steers Real Est Sec Fund (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 266. | | | | | Sold (part) | 06/24/15 | J | | |
| 267. | | | | | Sold | 08/27/15 | J | | |
| 268. AB Discovery Value (IRA)(S) | A | Int./Div. | | | Buy | 05/01/15 | J | | |
| 269. | | | | | Sold | 10/06/15 | J | | |
| 270. Aberdeen Asia Pacific Equity (IRA)(S) | A | Int./Div. | | | Sold | 05/01/15 | J | | |
| 271. Select Sector SPDR Financial (IRA)(S) | A | Int./Div. | | | Buy | 06/24/15 | J | | |
| 272. | | | | | Sold | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Select Sector SPDR Ben Consumer | A | Int./Div. | | | Buy | 08/27/15 | J | | |
| 274. | | | | | Sold | 10/06/15 | J | | |
| 275.  T ROWE PRICE RTMNT. PLAN (S) | | | | | | | | | |
| 276.  - T Rowe Price Personal Strategy Fund 403(b) (S) | A | Dividend | M | T | | | | | |
| 277.  - T Rowe Price Health Sciences Fund 403(b) (S) | B | Dividend | L | T | | | | | |
| 278.  - T Rowe Price Prime Reserve Fund 403(b) (S) | A | Dividend | K | T | | | | | |
| 279.  REFORM PENSION BOARD 403(b) (S) | | | | | | | | | |
| 280.  -Ref. Pens Bd. Apprecn &Inc. Fund 403(b) (S) | A | Int./Div. | M | T | Buy (add'l) | 01/31/15 | J | | |
| 281. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 282. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 283. | | | | | Buy (add'l) | 10/31/15 | J | | |
| 284. | | | | | Buy (add'l) | 11/30/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Lines 3, 106, 118, 163, 200, 275 and 279 are headers. While I understand that notations such as (S) and (J) are not required, I find them useful to keep track of the various listed accounts.

2) The account referred to in Section VII as CHASE TAP ABSOLUTE RET (J) was closed in January of 2015 and the proceeds were transferred to the account referred to as CHASE DYNAMIC YIELD STRAT. ((J).

3) The account referred to in Section VII on line 118 as CHASE MANAGED ACCOUNT (IRA) was closed in May 2015 and the balance was transferred to the account referred to on line 163 as CHASE MANAGED ACCOUNT (IRA). The latter account was closed in October 2015 and the balance was transferred to my federal government TSP account.

4) The account referred to in Section VII on line 200 as CHASE MANAGED ACCT (IRA) (S) was closed in October 2015 and the balance was moved to the account reported on line 279 as Reform Pension Board 403(b) (S).

5) The assets described in Section VII on line 146 as Ishares Core S&P Midcap (IRA) and on line 157 as Inv Balanced Risk Alloc-Y (IRA) were reported as sold in my 2014 report. Apparently, they should have been reported as a partial sales, because my 2015 records reflect sales without additional acquisitions.

6) The asset described in Section VII on line 143 as Ishares MSCI Emerging Mkts (IRA) is not reported as sold in my 2015 records. Either I neglected to report a sale in 2014, the sale took place in 2014 but was for less than $1,000, or the investment was renamed and its sale appears elsewhere under its other name in the 2015 report.

7) The asset described in Section VII on line 202 as T Rowe Price New Income (IRA) (S) was sold in 2015 but for an amount less than $1,000; I nevertheless reported the sale to avoid a finding under the "audit" feature of the FDR software. The assets described in Section VII on line 242 as Wells Fargo Adv Emerging Mkts (IRA)(S); on line 243 as Vanguard Short Term Bond Fund (IRA)(S); on line 264 as Columbia FDS Ser Tr II Mass Asia (IRA)(S); and on line 270 as Aberdeen Asia Pacific Equity (IRA)(S), were, according to my records, sold as reported in my 2015 report even though there is no record of my holding them in my 2014 report or acquiring them in my 2015 report. I infer that these assets were acquired in transactions of less than $1,000 or that I inadvertently failed to report their acquisition in a prior year.

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/01/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Steven M. Gold**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544